IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TITAN WHEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-cv-03317 |
| | ) | |
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This matter is before the Court on the Report and Recommendation (d/e 6) entered by Magistrate Judge Byron G. Cudmore on February 28, 2012, recommending that this Court grant Defendant's Motion to Dismiss (d/e 3) ("Motion"). More than fourteen (14) days have passed since the entry of the Report and Recommendation, and no objections to the Report and Recommendation have been filed. See 28 U.S.C. § 636(b)(1). Thus, this Court accepts the Report and Recommendation. See Schur v. L.A.

Weight Loss Centers, Inc., 577 F.3d 752, 760 (7th Cir. 2009)

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 6) is ACCEPTED by this Court;

(2) Defendant's Motion to Dismiss (d/e 3) is GRANTED.  This case is dismissed without prejudice.  Plaintiff is given leave to file an amended complaint on or before June 15, 2012.  If Plaintiff does not file an amended complaint on or before June 15, 2012, this case will be closed.

IT IS SO ORDERED.

ENTERED: April 5, 2012

FOR THE COURT:                 s/ Sue E. Myerscough
                               SUE E. MYERSCOUGH
                            UNITED STATE DISTRICT JUDGE